**Opinion issued May 25, 2023**



In The

# Court of Appeals

For The

# First District of Texas

_____

### NO. 01-23-00253-CV

_____

## IN THE GUARDIANSHIP OF DONNA MCGINTY HARPER, AN INCAPACITATED PERSON

---

**On Appeal from the County Court
McLennan County, Texas[1]
Trial Court Case No. 20230012GDN**

---

## MEMORANDUM OPINION

Appellant, Tana Burnham, has filed a motion to dismiss this appeal. More

than ten days have elapsed since the filing of the motion, and no party has objected

---

[1] The Texas Supreme Court transferred this appeal from the Court of Appeals for the Tenth District of Texas. *See* TEX. GOV'T CODE § 73.001 (authorizing transfer of cases between courts of appeals).

to dismissal. *See* TEX. R. APP. P. 10.3(a). No opinion has issued in this appeal. Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Goodman, Landau, and Rivas-Molloy.